

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Chaparral Pipeline Company, LLC,    * Original Mandamus Proceeding

No. 11-22-00312-CV    * January 12, 2023

    * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has considered Chaparral Pipeline Company, LLC's petition for writ of mandamus and concludes that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.